IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00439-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**TIMOTHY J. STUBBS,**

    Defendant.

---

**AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

---

    Counsel for Defendant, Timothy J. Stubbs, Kenneth Eichner and Lynn Hartfield, *The Eichner Law Firm*, respectfully request permission to withdraw as attorneys of record for Defendant. In support thereto, counsel assert the following:

    1.    Defendant is charged with tax evasion and failure to file corporate and individual income tax returns, in violation of 26 U.S.C. §§ 7201 and 7203.

    2.    Counsel entered their appearance on July 8, 2014.

    3.    Defendant and counsel have developed irreconcilable differences, such that communication has broken down, and counsel has been informed by Mr. Stubbs that he will apply to the Court for appointment of counsel pursuant to the Criminal Justice Act. Any further explanation would potentially violate the rules of professional conduct. *See* D.C.Colo.LCrR 57.5(D).

    4.    Under Colorado law, a client may, at any time, terminate the relationship between

himself and his counsel and have other counsel substituted, with or without cause. *Barry v. Ashley Anderson, P.C.,* 718 F.Supp. 1492 (Colo. 1989). *See also Trulis v. Barton,* 107 F.3d 685 (9th Cir. 1995) (quoting Mod. R. Prof. Cond. 1.2: "A lawyer shall abide a client's decisions concerning the objections of representation.").

5. Per D.C.Colo.LCrR 57.5(D), counsel has noticed Defendant personally of his intent to withdraw, and has warned Defendant that Defendant is personally responsible for complying with all court orders and time limitations established by any applicable rules.

WHEREFORE, based on the aforementioned reasons, counsel respectfully request permission to withdraw as attorneys of record for Defendant.

DATED this 25th day of August, 2014

Respectfully submitted,

By: *s/Kenneth F. Eichner*
Kenneth F. Eichner
Ken@EichnerLaw.com
keneichner@gmail.com

*s/Lynn Hartfield*
Lynn Hartfield
lynn@EichnerLaw.com
hartfieldlaw@gmail.com

*The Eichner Law Firm*
3773 Cherry Creek Drive North
Suite 900, West Tower
(303) 837-9800 (Phone)
(303) 327-8602 (Fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of August, 2014, I filed the foregoing I electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

All counsel of record.

      By:    s/Kenneth F. Eichner
                Kenneth F. Eichner
                *The Eichner Law Firm*
                3773 Cherry Creek Drive North
                Suite 900
                Denver, CO  80209
                (303) 837-9800 (Phone)
                (303) 327-8602 (Fax)
                Ken@EichnerLaw.com
                keneichner@gmail.com

                lynn@EichnerLaw.com
                hartfieldlaw@gmail.com