```
FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2015 SEP -8  AM 10: 57

JEFFREY P. COLWELL
        CLERK

BY_____DEP. CLK
```

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLORADO

CASE NO. 13-cr-00439-CMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>TIMOTHY J. STUBBS<br><br>Defendant | NOTICE OF FILING UNDER SPECIAL RESTRICED APPEARANCE<br><br>BY THIRD PARTY INTEREST INTERVENOR<br><br>NOTICE OF ADJUDICATIVE FACTS REQUIRING MANDATORY JUDICIAL NOTICE IN PURSUANCE OF FEDERAL RULES OF EVIDENCE 201(b and c), and the First Amendment to the Constitution of The United States of America, NOTICE REQUIRING SPECIFIC DENIAL AND REBUTTAL WITH FACTUAL EVIDENCE IN PURSUANCE TO FEDERAL RULES OF PROCEDURE, RULE 8(d). |

COMES NOW, :Timothy-John of the House of Stubbs., a private state Citizen / American non-citizen national" 8 USC 1101(a)(21), with an Notice Entry of Special Restricted Appearance, de bene esse, as a third party of interest intervenor on this court of record on and for the public record, a real flesh and blood man of the age of majority, by Special Restricted Attendance, :Timothy-John of the House of Stubbs.

PAGE 1