*Evidence 1*
*126 pages*

# The Treaty of the House of Stubbs
## An Ecclesiastic Nation Under God

Copyright © 2015 :Timothy-John of the House of Stubbs. All Rights Reserved.

First paperback edition printed 2015 in Grand Junction, Colorado state.

A catalogue record for this book is available from the Library of Congress.

*Library of Congress*
*LCCN: 2015948437*
*ISBN: 9781943843145*
*Common Law Copy Claim 2015*
*All Rights Reserved*

A copy of this book was mailed as a Special Deposit under Registered Mail # **RB808814515US**
to: Library of Congress
US Programs, Law, and Literature Division
Cataloging in Publication Program
101 Independence Avenue, S.E.
Washington, DC 20540-4283

No part of this book shall be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information retrieval system without written permission of the publisher.

Published by House of Stubbs, an Ecclesiastic Nation under God

For copies, please email: stubbstim@msn.com or call (970) 986-4737

Although every precaution has been taken in the preparation of this document, the publisher and author assume no responsibility for errors or omissions. Neither is any liability assumed for damages resulting from the use of this information contained herein.

*And whatsoever ye do in word or deed, do all in the name of the Lord Jesus, giving thanks to God and the Father by him (Col 3:17).*



# Acknowledgement

### Deo Ac Veritati. Soli Deo Gloria. Sola Scriptura.

1 Cor 10:31—Whether therefore if ye eat, or drink, or whatsoever ye do, do all to the glory of God.

1 Cor 6:20—For ye are bought with a price; therefore glorify God in your body, and in your spirit. which are God's.

1 Pet 2:9—But ye are a chosen generation, a royal priesthood, an holy nation. a peculiar people; that ye should shew forth the praises of him who hath called you out of darkness into his marvelous light.

Acts 2:39—For the promise is unto you, and to your children, and to all that are afar off, even as many as the Lord our God shall call.

Matt 19:5-6—And said, For this cause shall a man leave father and mother, and shall cleave to his wife; and they twain shall be one flesh? Wherefore they are no more twain, but one flesh.  What therefore God hath joined together, let not man put asunder.

Psalm 127:1-3—Except the Lord build the house, they labour in vain that build it, except the Lord keep the city, the watchman waketh but in vain.  It is vain for you to rise up early, to sit up late, to eat the bread of sorrows; for so he giveth his beloved sleep.  Lo, children are an heritage of the Lord; and the fruit of the womb is his reward.

Ex 20:1-17 And God spake all these words, saying, I am the Lord, thy God, which have brought thee out of the land of Egypt, out of the house of bondage. Thou shalt have no other gods before me.  Thou shalt not make unto thee any graven image, or any likeness of any thing that is in heaven above, or that is in the earth beneath, or that is in the water under the earth; Thou shalt not bow down thyself to them, nor serve them: for I the Lord thy God am a jealous God, visiting the iniquity of the fathers upon the children unto the third and fourth generation of them that hate me; And shewing mercy unto thousands of them that love me, and keep my commandments.  Thou shalt not take the name of the Lord thy God in vain; for the Lord will not hold him guiltless that taketh his name in vain. Remember the Sabbath day, to keep it holy. Six days shalt thou labour, and do all thy work; but the seventh day is the Sabbath of the Lord thy God: in it thou shalt not do any work, thou, nor thy son, nor thy daughter, thy manservant, nor thy maidservant, not thy cattle, nor thy stranger that is within thy gates; For in six days the Lord made heaven and earth, the sea, and all that in them is, and rested the seventh day; wherefore the Lord blessed the Sabbath day, and hallowed it.  Honour thy father and thy mother; that thy days may be long upon the land which the Lord thy God giveth thee. Thou shall not kill. Thou shall not commit adultery. Thou shalt not steal. Thou shalt not bear false witness against thy neighbour. Thou shalt not covet thy neighbour's house, thou shalt not covet thy neighbour's wife, nor his manservant, nor his maidservant, nor his ox, nor his ass, nor any thing that is thy neighbour's.

The Lord's Prayer
Our father which art in
heaven, hallowed be thy name.
Thy kingdom come.
Thy will be done on earth,
as it is in heaven.
Give us this day our daily
bread.
And forgive us our debts, as
we forgive our debtors. And
lead us not into temptation,
but deliver us from evil. For
thine is the kingdom, the power,
and the glory, forever. Amen.

# CONGRESS DECLARES BIBLE
## "THE WORD OF GOD"

## PUBLIC LAW 97-280 – OCTOBER 4, 1982

*Public Law 97-280*                              *96 STAT. 1211*

97ᵗʰ Congress
Joint Resolution

Authorizing and requesting the President to proclaim 1983 as the "Year of the Bible".

Whereas the Bible, the Word of God, has made a unique contribution in shaping the United States as a     distinctive and blessed nation and people;

Whereas deeply held religious convictions springing from the Holy Scriptures led to the early settlement of our Nation;

Whereas Biblical teachings inspired concepts of civil government that are contained in our Declaration of Independence and the Constitution of the United States;

Whereas many of our great national leaders—among them Presidents Washington, Jackson, and Lincoln, and Wilson—paid tribute to the surpassing influence of the Bible in our country's development, as in the words of President Jackson that the Bible is "the rock on which our Republic rest";

Whereas the history of our Nation clearly illustrates the value of voluntarily applying the teachings of the Scriptures in the lives of individuals, families, and societies;

Whereas this Nation now faces great challenges that will test this Nation as it has never been tested before; and;

Whereas the renewing our knowledge of and faith in God through Holy Scripture can strengthen us as a nation and a people: Now, therefore, be it

Resolved by the Senate and House of Representatives of the United States of America in Congress assembled, That the President is authorized and requested to designate 1983 as a national "Year of the Bible" in recognition of both the formative influence the Bible has been for our Nation, and our national need to study and apply the teachings of the Holy Scriptures.

Approved October 4, 1982



## NOTICE OF SELF-DETERMINATION

Greetings,

In the process of this spiritual journey, I have come to realize that the people have not been given full disclosure regarding the process of Birth Registration and related Instruments and due to non-disclosure of certain material facts, the people may have unknowingly been put into physical and spiritual peril: body, mind and soul.

As Being living, my Creator grants his people unalienable rights and having attained the Age of Majority and being alive and well (not lost at sea), I make claim on my Divine Inheritance and Patrimony for I am the redeemed property of my Creator and am not "in the Custody of the Law" and do not "reside" in any fictional corporate/municipal structure, but exist as a peaceful inhabitant of the earth created by God: My citizenship in Heaven and a Plenipotentiary Executor of my Creator's Will.

*Col 3:13-14—Who hath delivered us from the power of darkness, and hath translated us into the kingdom of his dear Son.*

I, in the name Lord Jesus and on behalf of the House of Stubbs, hereby give Notice of Self Determination of being: flesh, bone, and blood living being made in the image of my maker: an Ecclesiastic Nation under God. This exercise of Right of Self Determination stands protected by both Domestic and International Law, and is to be promoted among the United Nation Member States; I hereby rescind/revoke/annul/cancel and extinguish any Offer, Benefit and/or Right to be a Person or *ens legis* entity now and forever.

This is Notice that there is a mistake for I no longer occupy the Office of Person, and effective immediately, I renounce/revoke/rescind/annul/cancel/extinguish/terminate all expressed or implied Agency and/or Registered Agent agreement(s) and claim the TIMOTHY JOHN STUBBS estate and registered TIMOTHY JOHN STUBBS, a US VESSEL, on behalf of the House of Stubbs and with acceptance of the offer of safe harbor offered by this Host Nation; United States of America, does assign usufructuary interest pursuant to International Law and Hague Article 55 treaty to the United States of America in fulfillment of duties and obligations to the Host Nation pursuant to Law of Nations [Book 2, Articles 104, 105] and for the purpose of restoring public order and safety pursuant to Hague Article 43, the House of Stubbs does assign, transfer, and surrender any and all reversionary interest (as codified by the United States as

55 stat. 838, 839 (12 USC 95(a)(2) & 95(b)) for full acquittance and discharge of all transactional liabilities therein, for the Benefit of all mankind in accordance with the principals enumerated in the Declaration of Independence and with a firm reliance upon Divine Providence; It stands expected that any/all records that would indicate and/or imply that I am a resident, enemy combatant, belligerent, enemy of the state, person, or any agent/agency status shall be updated to account for those free will acts and deeds done in the name of the Lord Jesus and on behalf of the House of Stubbs and any attempt to disregard this Notice, or to entice or force me into involuntary servitude, shall be a violation of Divine, Domestic, and International Law.  Should you require clarification or further information in regards to this Notice, you shall either contact House of Stubbs forthwith or seek competent counsel.

   The Declaration of Peace and this Treaty of the House of Stubbs and true and certified copies thereof, shall be valid as an Authentic Act before the Whole World and any Realm, under indemnity agreement, voluntary oath and employment, executed by each and every government officer, employee, agent, or assigns.  Standard Contract Law applies: 72 hours to repudiate the claims put forth in this published work and any valid claim shall immediately be delivered to:        Timothy-John of the House of Stubbs

In care of: Notary Acceptor, Jerri Estelle Wheatley
701 26.5 Road, Grand Junction, Colorado 81506

   IN WITNESS whereof with solemn oath in immutable testimony undersigned have hereunto, executed under hand and seal with express intent, special purpose, freewill act and deed, the Sixteenth Day of the Eighth month in the year of our Father the Creator Two Thousand Fifteen and in the name of the Lord Jesus and on the behalf of the House of Stubbs.



All Rights Unalienable without recourse

By:_____Seal
:Timothy-John in the name of Lord Jesus and on behalf of the House of Stubbs

Verification (Matthew 18:16 / Deuteronomy 19:15):

_____          _____

# Table of Contents

Page

2-3    ACKNOWLEDGEMENT
5-6    NOTICE OF SELF DETERMINATION
8      NOTICE TO AGENTS

## SECTION ONE:

9-12    DECLARATION OF MAILING
13      ADMINISTRATIVE EXTINGUISHMENT/TERMINATION OF MARTIAL AND ROMAN (CIVIL) LAW
14      JURAT
15      DECLARATION OF WITNESSES AND VERIFICATION
16      POWER OF ATTORNEY & AGENT'S VERIFICATION AND ACCEPTANCE OF AUTHORITY
17      NOTICE OF DEED OF ACKNOWLEDGEMENT AND ACCEPTANCE WITHOUT CONSIDERATION
18-22   ACCEPTED CERTIFICATE OF LIVE BIRTH (FRONT AND BACK) and ASSIGNMENT SEPARATE FROM
        CERTIFICATE
23-25   NOTICE OF TERMINATION AND ELECTION FOR ABROGATION
26-29   DECLARATION OF TREATY OF PEACE
30-31   DECLARATION OF EXPATRIATION
32-33   NOTICE OF CLAIM OF LIEN ON VESSEL
34-35   RECISSION OF SIGNATURES OF SURETY
36-40   RELEASE WITHOUT CONSIDERATION
41-43   RELEASE OF POWER OF APPOINTMENT TERMINATION OF POWERS ACT
44      NOTICE OF RESIGNATION OF TRUSTEE
45-51   NOTICE OF ELECTION NOT TO BE RECOGNIZED AS A PERSON BEFORE THE LAW, AND
        TERMINATION OF SURETY AND UNDERWRITING
52-54   NOTICE OF SEVERANCE, WAIVER, FORFEITURE, TERMINATION AND REJECTION OF ALL BENEFITS
55-56   NOTICE OF RESIGNATION OF POST, RESCISSION OF OFFICE OF PERSON
57-58   NOTICE OF RESCISSION OF CONTRACT, CANCELLATION OF SIGNATURE RESIGNATION AS DRIVER
        AND AGENT FOR THE PERSON
59-77   NOTICE FOR REVOCATION OF ELECTION, REQUEST FOR ESTABLISHMENT OF FOREIGN STATUS OF
        IDENTIFYING NUMBER
78-87   DECLARATION OF NATIONALITY
88-91   NOTICE OF END OF VOYAGE AND ENTRY INTO PORT OF DISCHARGE—PHILADELPHIA

## SECTION TWO:

92-93    GOD'S LAW-SEPARATION OF CHURCH AND STATE-ACCEPTANCE AND PLEDGE OF EARTHLY
         INHERITANCE
94-96    ARCHETYPE I-ACT OF STATE
97       ARCHETYPE II-SPIRITUAL DECREE OF DIVINE ORIGIN
98-100   ARCHETYPE III-DECLARATION FOR STATUS AND CHARACTER
101      ARCHETYPE ACT OF STATE SECT IV—CLAIM FOR EXEMPTION UNDER THE LAW OF NECCESSITY
102-104  ACT OF STATE SECTION V—ASSIGNMENT FOR REVERSIONARY INTEREST
105-107  ACT OF STATE SECTION VI—DECLARATION FOR PEACE
108-109  LIVING WILL AND TESTAMENT OF THE HOUSE OF STUBBS
110-111  DECLARATION OF SIGNING THE DECLARATION OF INDEPENDENCE
112      THE CONTRACT(S)— COPIES OF AUTHENTICATED CERTIFICATES OF LIVE BIRTH
113-117  DECLARATION OF OWNERSHIP OF CERTIFICATE OF TITLE(S)
118-123  RIGHT OF EXPATRIATION
124      W-8BEN
125      BOND
126      I-407

## NOTICE TO: ALL WHOM RECEIVE THESE PRESENTS: Foreign and Domestic

This Treaty of the House of Stubbs, its contents, and the exercise of any and all acts, actions, and deeds set forth stand protected pursuant to Declaration of Independence, Trading with the Enemy Act (TWEA), and International Law: specifically Law of Nations Book 1 Articles 192 and 196: this being a Treaty of Peace; Any and All interference with the exercise thereof under color of law and authority and otherwise shall be deemed an act of insurrection and rebellion and shall constitute crime against humanity and war crime pursuant to the Nuremburg Principles. Any & All declaration(s), instruction(s), opinion(s), inference(s), order(s), or decision(s) which deny(s), disparage(s), restrict(s) impair(s), or otherwise question(s) this exercise in Self-Determination, or denies the support, maintenance, education and medical care, or orders unlawful detention or servitude of any kind, shall be deemed an act of aggression against exercise of Right of Self-Determination and shall cause the Director of the Office of Foreign Assets Control to receive notice of such activities for purposes of enforcing TWEA sanctions programs: Please direct your attention to section 16 of the TWEA, as adjusted pursuant to the Federal Civil Penalties Inflation Adjustment Act of 1990 (Pub. L. 101-410, as amended, 28 U.S.C. 2461 note), which provides that:

(1) Persons who willfully violate any provision of TWEA or any license, rule, or regulation issued thereunder, and persons who willfully violate, neglect, or refuse to comply with any order of the President issued in compliance with the provisions of TWEA shall, upon conviction, be fined not more that $1,000,000 or, if an individual, be fined not more than $100,000 or imprisoned for not more than 10 years, or both; and an officer, director, or agent of any corporation who knowingly participates in such violation shall, upon conviction, be fined not more than $100,000.00 or imprisoned for not more than 10 years, or both.

(2) Any property, funds, securities, papers, or other articles or documents, or any vessel, together with its tackle, apparel, furniture, and equipment, concerned in a violation of TWEA may upon conviction be forfeited to the United States Government.

(3) The Secretary of the Treasury may impose a civil penalty of not more than $65,000 per violation on any person who violates any license, order, or regulation issued under TWEA: (Note to Paragraph (A)(3). The current $65,000.00 civil penalty cap may be adjusted for inflation pursuant to the Federal Civil Penalties inflation Adjustment Act of 1990];

(4) Any property, funds, securities, papers, or other articles or documents, or any vessel, together with its tackle, apparel, furniture, and equipment, that is the subject of a violation subject to a civil penalty issued pursuant to TWEA shall, at the discretion of the Secretary of the Treasury, be forfeited to the United States Government

The criminal penalties provided in TWEA are subject to increase pursuant to 18 U.S.C. 3571 which, when read in conjunction with section 16 of TWEA, provides that persons convicted of violating TWEA may be fined up to the greater of either $250,000 for individuals and $1,000,000 for organizations or twice the pecuniary gain or loss from the violation. Attention is further directed to 18 U.S.C. 1001, which provides that whoever, in any matter within the jurisdiction of any department or agency of the United States, knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined under title 18, United States Code, or imprisoned not more than 5 years, or both.

Notice to agent is notice to principal and notice to principal is notice to agent; please Govern yourself accordingly.

All Rights Unalienable without recourse

By: _____Seal
    :Timothy-John in the name of Lord Jesus and on behalf of the House of Stubbs

Verification (Matthew 18:16 / Deuteronomy 19:15

8

## DECLARATION OF MAILING- PAGE ONE
### -Acceptance by Recipient(s) Acknowledged by Delivery Thereto-

The undersigned, being duly sworn and acting in good faith in his official capacity, under penalty of perjury without the United States, certifies that the original enclosures as listed below and a copy of the foregoing was served by mailing the same to the addresses indicated below, by USPS registered mail, on August __31__, 2015.

By: _Jerri E Wheatley_

Jerri Estelle Wheatley, Notary

In care of:   Jerri Estelle Wheatley, Notary Acceptor
701 26.5 Road, Grand Junction, Colorado 81506

**Mailed To the following Addressees:**

:Timothy-John of the House of Stubbs                                        RB 808814507 US
In care of: Notary, Jerri Estelle Wheatley
701 26.5 Road
Grand Junction, Colorado 81506

Library of Congress                                                        RB 808814515 US
US Programs, Law, and Literature Division
Cataloging Publications Program
101 Independence Avenue SE
Washington DC 20540-4283

Bishar Abdirahman Hussein                                                  RB 808814524 US
Office of Director General of the UPU
Universal Postal Union
Case Postale 13,
3000 Berne 15
Switzerland

Megan J. Brennan,                                                          RB 808814538 US
Postmaster General of the United States
475 L'Enfant Plaza SW
Washington, DC 20260

Rosa Gumataotao Rios                                                       RB 586543985 US
Office of the Treasurer of the United States
1500 Pennsylvania Avenue, NW Room 2134,
Washington, DC 20220

Jacob Lew                                                                  RB 808814541 US
Office of Secretary of the Treasury
Department of the Treasury,
1500 Pennsylvania Avenue NW---Annex,
Washington, D.C. 20220

Juan Zaragoza Gomez                                                        RB 808814555 US
Office of Secretary of the Treasury of Puerto Rico
Departamento de Hacienda Edificio Intendente Ramirez
10 Paseo Covadonga
San Juan, Puerto Rico 00901

The current acting Director                                                RB 808814569 US
Director of the Office of Foreign Assets Control,
Department of the Treasury
1500 Pennsylvania Avenue NW--Annex,
Washington D.C. 20220

Loretta Lynch
Office of the Attorney General of the United States                        RB 808814572 US
U.S. Department of Justice,
950 Pennsylvania Avenue, NW,
Washington, DC 20530-0001

## DECLARATION OF MAILING PAGE TWO
### -Acceptance by Recipient(s) Acknowledged by Delivery Thereto-

The undersigned, being duly sworn and acting in good faith in his official capacity, under penalty of perjury without the United States, certifies that the original enclosures as listed below and a copy of the foregoing was served by mailing the same to the addresses indicated below, by USPS registered mail, on August 31, 2015.

By: _Jerri E Wheatley_

Jerri Estelle Wheatley, Notary

In care of: Jerri Estelle Wheatley, Notary Acceptor
701 26.5 Road, Grand Junction, Colorado 81506

**Mailed To the following Addressees:**

Stuart F. Delery,
Office of the Associate Attorney General of the United States
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW,
Washington, DC 20530-0001

RB 808814586 US

Department of Homeland Security
Honorable Jeh Johnson
Mail Operations Program Manager
MGMT/CRSO/Mailstop 0075
245 Murray Lane SW
Washington D.C. 20528

RB 808814590 US

John Kerry
Office of Secretary of State of the United States
U.S. Department of State,
2201 C Street NW
Washington, DC 20224-0002

RB 808814609 US

John Koskinen
Office of the Commissioner of the Internal Revenue Service
1111 Constitution Avenue N.W.
Washington, D.C. 20224-0002

RB 808814612 US

Carolyn W. Colvin-Office of the Commissioner Social Security Administration
6401 Security Building
Baltimore, MD 21235-6401

RB 808814626 US

Penny Pritzker
Secretary of the United States Department of Commerce
Herbert Hoover Bldg
1401 Constitution Ave NW
Washington, D.C. 20230

RB 808814630 US

Tom Vilsack
Secretary of the United States Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250

RB 808814643 US

Anthony Foxx
Office of the Secretary of the United States Department of Transportation
1200 New Jersey Ave, SE
Washington, DC 20590

RB 808814657 US

Gene Godaro
Office of the Comptroller General of the United States
Government Accountability Office,
441 G St. NW,
Washington, DC 20548

RB 808814665 US



10

## DECLARATION OF MAILING PAGE THREE
### -Acceptance by Recipient(s) Acknowledged by Delivery Thereto-

The undersigned, being duly sworn and acting in good faith in his official capacity, under penalty of perjury without the United States, certifies that the original enclosures as listed below and a copy of the foregoing was served by mailing the same to the addresses indicated below, by USPS registered mail, on August 3i , 2015.

By _____
Jerri Estelle Wheatley, Notary
In care of:   Jerri Estelle Wheatley, Notary Acceptor
701 26.5 Road, Grand Junction, Colorado 81506

**Mailed To the following Addressees:**

The United States of North America, In Congress Assembled (1787)          RB 808814674 US
Attention: Office of General Counsel (OGC)
Commonwealth of Pennsylvania
Denise J. Smyler (or current holder of said Office)
333 Market Street, 17th Floor
Harrisburg, Pennsylvania
Cf [17101]cf.north America

John Person, Esquire, Office of Deputy Chief Prothonotary          RB 808814691 US
Office of the Chief Prothonotary of the Supreme Court of Pennsylvania
468 City Hall
Philadelphia, Pennsylvania  Cf. (19107) cf North America

Rodman Ward III          RB 808814705 US
Director & President of the United States Corporation
2711 Centerville Road Ste 400
Wilmington, DE 198008
United States

AJAG, Director of Operations / Vice CNLSC (Code 06)          RB 808814714 US
Office of the Judge Advocate General-Nannette M. Derenzi
1322 Patterson Ave, SE, Suite 3000
Washington Navy Yard, DC 20374-5066

Major General Mark S. Inch Provost Marshall General of the Army          RB 808814728 US
Commanding General United States Army Criminal Investigation Command
US Army Criminal Investigation Command Russel Knox Building
27130 Telegraph Road, Quantico, Virginia 22134-2253

Ban Ki Moon          RB 808814731 US
Secretary-General of the United Nations
760 United Nations Plaza,
New York City, New York 10017

John Hickenlooper          RB 808814745 US
Office of Governor of the State of Colorado
136 State Capitol Building
Denver, Colorado 80203

Wayne W. Williams          RB 808814759 US
Office of Acting Secretary of State of Colorado
1700 Broadway, Suite 200
Denver, Colorado 80290

Jason C. Armstrong          RB 808814981 US
Attorney in Fact for Bankers Insurance Company
3167 E. Eishenhower
Loveland, Colorado 80538

11

## DECLARATION OF MAILING PAGE FOUR
### -Acceptance by Recipient(s) Acknowledged by Delivery Thereto-

The undersigned, being duly sworn and acting in good faith in his official capacity, under penalty of perjury without the United States, certifies that the original enclosures as listed below and a copy of the foregoing was served by mailing the same to the addresses indicated below, by USPS registered mail, on August **31**, 2015.

By _Jerri E. Wheatley_

Jerri Estelle Wheatley, Notary

In care of:  Jerri Estelle Wheatley, Notary Acceptor
701 26.5 Road, Grand Junction, Colorado 81506

**Mailed To the following Addressees:**

Barbara Brohl                                                                                     RB 808814762 US
Office of the Executive Director of the Colorado Department of Revenue
1375 Sherman Street
Denver, Colorado 80261


Cynthia Coffman                                                                                RB 808814780 US
Office of the Attorney General for the State of Colorado
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203


Bryan J. Carnes                                                                                 RB 808814793 US
Registrar of the State of Indiana
Indiana State Department of Health
2 North Meridian Street
Indianapolis, Indiana 46204


Mike Pence                                                                                       RB 808814802 US
Office of the Governor of the State of Indiana
State House Room 206
Indianapolis, Indiana 46204-2797


Connie Lawson                                                                                   RB 808814816 US
Office of the Indiana Secretary of State
200 W. Washington Street, Room 201
Indianapolis, Indiana 46204


Judge Christine M. Arguello                                                                 RB 808814833 US
Alfred A. Arraj Courthouse, A638/Courtroom A602
901 19th Street
Denver, Colorado 80294


Lynn Pierce                                                                                     RB 808814847 US
Attorney at Law, Butler, Landrum & Pierce P.C.
720 Kipling Street, Suite 201
Lakewood, Colorado 80215


Lori A. Hendrickson                                                                            RB 808814855 US
Trial Attorney, United States Department of Justice, Tax Division
601 D Street N. W. Room 7334
Washington, D.C. 20530


UNITED STATES DISTRICT COURT                                                               RB 808814878 US
For the District of Colorado
Jeffrey P. Colwell, Esq., Clerk of Court
United States Courthouse Room A-105
901 19th Street
Denver, Colorado 80294-3589



# SECTION ONE:

## ADMINISTRATIVE EXTINGUISHMENT/TERMINATION/ OF GENERAL ADMIRALTY, MARITIME, MARTIAL AND ROMAN (CIVIL) LAW

**Exodus 23:2** Thou shall not follow a multitude to do evil; neither shalt thou speak in a cause to decline after many to wrest judgment (equity).

**Deut 12:30** Take heed to thyself that you shall not be snared by following them, after that they be destroyed from before thee; and that though enquire not after their gods, saying, how do these nations serve their gods, even so will I do likewise.

**Josh 24:15** And if seem evil unto you to serve the Lord, choose you this day whom ye will serve, whether the gods which your fathers served that were on the other side of the flood, ... but as for me and my house, we will serve the Lord.

**Prov 11:15** He that is surety for a stranger shall smart for it, and he that hateth suretyship is sure.

**Matthew 6:24** No Man can serve two masters: for either he will hate the one, and love the Other; or else he will hold to the one, and despise the other. Ye cannot serve God and mammon

**Matthew 17:25-26** He saith, Yes. And when he was come into the house, Jesus prevented him, saying, What thinkest thou, Simon? Of whom do the kings of the earth take custom or tribute? Of their own children, or of strangers ? Peter saith unto him, Of strangers. Jesus saith unto him, Then are the children free.

**Matthew 22:37** Jesus said unto him, You shall love the Lord your God with all your heart, and with all your soul, and with all your mind.

### Revelation 18:4 Babylon is Fallen

...For all nations have drunk of the wine of the wrath of her fornication, and the kings of the earth have committed fornication with her, and the merchants of the earth are waxed rich through the abundance of her delicacies. And I heard another voice from heaven saying, Come out of her, my people, that ye be not partakers of her sins, and that ye receive not of her plagues. For her sins have reached unto heaven, and God hath remembered her iniquities

13



# JURAT

Declarant shall competently testify as a witness to such
facts and further declarant sayeth naught.

### *House of Stubbs, An Ecclesiastic Nation Under God*

All Rights Unalienable without recourse

By:_____ Seal
:Timothy-John in the name of Lord Jesus and on behalf of the House of Stubbs

*Patriarch/Administrator*

Man/Administrator

*Flesh and bone likeness*

State of Colorado      )
County of Mesa      ) ss.

Before Me, on this day **:Timothy-John of the House of Stubbs**, known to me to be the man
described herein, personally made a restricted visitation and solemnly affirmed under the Law of
God and the Maxims of Equity that every statement given throughout this document titled "The
Treaty of the House of Stubbs" was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this _____16th_____ day of _____August_____, 2015.

Jerri Estelle Wheatley _____,
a Notary Public in and for the State of Colorado

WITNESS My Hand and Seal Below

By: _____, Notary Public.

JERRI ESTELLE WHEATLEY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20124061881
MY COMMISSION EXPIRES DECEMBER 07, 2016

14

## DECLARATION OF WITNESS AND VERIFICATION

We, by and through our signatures below at Colorado, state of the Union, come in peace and do say and affirm:

1)     i, say i, am over the age of eighteen (18) years, have personal knowledge of the facts herein and i, am not under the lawful guardianship of another, and;

2)     i, believe the facts herein are true, correct, complete, and; admissible as evidence, and;

3)     I, say on this sixteenth day of the eighth month, in the Year of our Lord Christ our Creator two thousand fifteen, we did witness and hereby verify that the man, :Timothy-John of the House of Stubbs, who is personally known to us, did sign each and every document contained within this bound work titled "Treaty of the House of Stubbs" in our presence.

Witness number one: I; a man; <u>Willis-Edward of the House of Stubbs</u> did witness the man, :Timothy-John of the House of Stubbs, sign each and every Notice or Declaration contained herein in this "Treaty of the House of Stubbs" in my presence on this sixteenth day of the eighth month, in the Year of our Father the Creator two thousand fifteen, and in the name of the Lord Jesus on behalf of the House of Stubbs;

Witness number two: I; a woman; <u>Donna-Dale of the House of Quigley</u> did witness the man, :Timothy-John of the House of Stubbs, sign each and every Notice or Declaration contained herein in this "Treaty of the House of Stubbs" in my presence on this sixteenth day of the eitghth month, in the Year of our Father the Creator two thousand fifteen, and in the name of the Lord Jesus on behalf of the House of Stubbs;

Using a notary on this document does not constitute any adhesion, nor does it alter the status of this in any manner;

County of Mesa       )
                        )     sa.
State of Colorado    )

The foregoing instrument is with the affirmation and subscription before me this **sixteenth** day of the eighth month of two thousand fifteen.

_____
Man before jurat

_____
Woman before jurat

_____
Notary signature

8/16/15
Date

JERRI ESTELLE WHEATLEY
NOTARY PUBLIC
Seal   STATE OF COLORADO
NOTARY ID # 20124061881
MY COMMISSION EXPIRES DECEMBER 07, 2016

15

# POWER OF ATTORNEY
## AGENT'S VERIFICATION AND ACCEPTANCE OF AUTHORITY

I, :Timothy-John of the House of Stubbs verify and certify this is a true copy of a power of attorney naming the undersigned as authorized agent or successor authorized agent for TIMOTHY JOHN STUBBS, A U.S. Vessel in commerce.

I, the undersigned, verify and certify that to the best of my knowledge the principal has the capacity to execute the power of attorney, is alive, and has not revoked the power of attorney; that my powers as agent have not been altered or terminated; and that the power of attorney remains in full force and effect.

I, the undersigned, accept appointment as authorized agent under this power of attorney.* This verification, certification and acceptance is made

IN WITNESS whereof with solemn oath in immutable testimony I have hereunto, executed under my hand and seal with express intent, special purpose, freewill act and deed, the Sixteenth Day of the Eighth month in the year of our Father the Creator Two Thousand Fifteen and in the name of the Lord Jesus and on behalf of the House of Stubbs .

Stamp Duty Paid per Section 101, Schedule B; Excise Tax Act of July 1, 1862
>>>>>>>>>>>>>



*Reserving All Rights Without Prejudice*

By:_____ (Declarant) *Seal*
:Timothy-John in the name of Lord Jesus and on behalf of the House of Stubbs

Verification (Matthew 18:16 / Deuteronomy 19:15):

_____         \_\_\_\_\_Donna Dale\_\_\_\_\_

*NOTICE: Any person dealing with an agent named in a copy of a document purporting to establish the agency was validly executed, that the agency was validly established, that the named principal was competent at the time of execution, and that, at the time of reliance the named principal is alive, the agency was validly established and has not terminated or amended, the relevant powers of the named agent were properly and validly granted and have not terminated or been amended. No person relying on a copy of a document purporting to establish an agency shall be required to see to the application of any property delivered to or controlled by the named agent or to question the authority of the named agent. Each person to whom a direction by the named agent in accordance with the terms of the copy of the document purporting to establish an agency is communicated shall comply with that direction, and any person who fails to comply arbitrarily or without cause shall be subject to civil liability for any damages resulting from noncompliance.

## NOTICE OF DEED OF ACKNOWLEDGEMENT
## and ACCEPTANCE WITHOUT CONSIDERATION

**August 14, 2015**

**:Timothy-John of the House of Stubbs**, transferee / assignee / grantee, "Grantee"

**STATE OF INDIANA**, grantor / issuer / transferor / assignor
**UNITED STATES**, grantor / issuer / transferor / assignor

IN RE: TIMOTHY JOHN STUBBS, STATE OF INDIANA CERTIFICATION OF BIRTH STATE FILE
(Certificate) Number 113-1965-071298

BE IT KNOWN to all persons and men worldwide, and to the Grantors

I, the undersigned, :Timothy-John of the House of Stubbs, grantee / assignee / transferee herein, with intent and purpose, freewill act and deed execute this deed of my acknowledgement and acceptance *nunc pro tunc ab initio* without consideration of the above-referenced CERTIFICATION OF BIRTH TIMOTHY JOHN STUBBS under the terms of the deed. Grantee orders that the record on file in a court of record be updated to show my acknowledgement and acceptance without consideration of said deed. This record replaces the previous filed said acknowledgements on record with any public record custodian.

IN WITNESS whereof with solemn oath in immutable testimony I have hereunto, executed under my hand and seal with express intent, special purpose, freewill act and deed, the ~~Fourteenth~~ *To wit 8th* Day of the Eighth month in the year of our Father the Creator Two Thousand Fifteen and in the name of the Lord Jesus and on behalf of the House of Stubbs.



Stamp Duty Paid per Section
101, Schedule B; Excise Tax
Act of July 1, 1862
>>>>>>>>>>>>

Red Fox    USA $1



*All Rights Reserved Without Recourse*

By:_____ (Declarant) *Seal*
:Timothy-John in the name of Lord Jesus and on behalf of the House of Stubbs

Verification (Matthew 18:16 / Deuteronomy 19:15):

15028464-2

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Indiana, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document,the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-first day of April, 2015.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

By _____

Secretary of State

Assistant Authentication Officer.
Department of State



## UNITED STATES OF AMERICA
### CERTIFICATE OF OFFICE
*STATE OF INDIANA*

I, Connie Lawson, Secretary of State of Indiana, DO HEREBY CERTIFY:

That, according to records on file in my office *Brian J. Carnes* was duly elected or appointed

to the office of Special Deputy in and for the *Indiana State Department of Health* and that the

term of said office included the date of *March 26, 2015* that to all his/her official acts as said

officer, full faith and credit ought to be given in all Courts of Justice and elsewhere.  In

testimony whereof I have hereunto set my hand and caused to be affixed the Great Seal of

the State of Indiana at Indianapolis, this the *Thirty-First* day of  *March, 2015.*



*Connie Lawson*

**Connie Lawson**
Indiana Secretary of State

*Megem M. Zamer*

By: _____
Deputy

*Effective May 1, 2003 all apostilles from the Indiana Secretary of State will have an electronically printed seal.
This document was revised March 17, 2012.*



CERTIFICATE OF BIRTH

STATE OF INDIANA

## Certificate of Birth

**This Certifies** that according to the records of the State of Indiana

Sex M

Name TIMOTHY JOHN STUBBS

Was born in SOUTH BEND , Indiana, on SEPTEMBER 22, 1965

Child of WILLIS EDWARD STUBBS and NANCY BARBARA STUBBS

Birthplace of father MICHIGAN  e of mother DISTRICT OF COLUMBIA

Record was filed SEPTEMBER 29, 1965 e Number 113-1965-071298

Issuing Authority: INDIANA STATE DEPARTMENT OF HEALTH
Issued By: DALCARAZ
Issued Date: MARCH 26, 2015

MAR 26 2015

State Form 25421 (R3/2-07)

3067351

IT IS UNLAWFUL TO REPRODUCE THIS RECORD

**WARNING:** ORIGINAL DOCUMENT HAS A MULTICOLORED BACKGROUND ON SPECIAL WHITE SECURITY PAPER AND THE GREAT SEAL OF THE STATE OF INDIANA ON BACK THAT TURNS FROM ORANGE TO YELLOW WHEN RUBBED. ORIGINAL DOCUMENT HAS HIDDEN VOID ON FRONT THAT APPEARS WHEN PHOTO COPIED.

STATE OF INDIANA

VOID IF ALTERED OR ERASED





\* See Assignment Separate From Certificate for Instructions



ASSIGNMENT SEPARATE FROM CERTIFICATE

# ASSIGNMENT SEPARATE FROM CERTIFICATE

For value received, the undersigned hereby delivers, assigns, and transfers as a special deposit unto:

The Treasurer of the United States all the shares of preferred and common stock of THE STATE OF INDIANA standing in the name of TIMOTHY JOHN STUBBS on the books of said Corporation represented by certificate number 113-1965-071298 herewith, and do irrevocably constitute and appoint Rosie Gumataotao Rios, or successor, in the Official Capacity as the Treasurer of the United States, attorney in fact, to transfer the said stock by book entry within the named Corporation with full power of substitution in pursuance and reliance upon Section 5 of 40 Statutes at Large 411 with any interest in reversion delivered, assigned, and transferred to and for the account of the United States as consideration pursuant to 40 stat. 411 to 418, 55 stat. 838, 839,[12 USC 95(a)(2) & 95(b)]

Executed by First Middle Last this _25_ day of _August_, 2015, under penalty of perjury under the laws of The United States of America.

By: _____ (assignor)

Certifying Officer:
- The individual must sign in your presence and you must complete the certification and affix your stamp or seal.
- Acceptable certifications include the financial institution's official seal or stamp (such as corporate seal, signature guaranteed stamp, or medallion stamp).
- Certification by a notary public is NOT acceptable.

I CERTIFY that _Timothy John Stubbs_, whose identity is known or was
                    (Name of Person Who Appeared)

proven to me, personally appeared before me this _25_ day of _August_, _2015_,
                                                              (Month)        (Year)

at _Grand Junction_  _CO_, and signed this authorization.
    (City)            (State)

PAID $ _____
7036
US BANK
GRAND JUNCTION, CO
0420-0001-3-0000
Date_____
By_____

_Allissa Lawson_
(Signature of Certifying Officer)

_Alissa Lawson   Sales + Service Mgr_
(Printed Name and Title of Certifying Officer)

_US Bank_
(Name of Financial Institution)

_2448 Patterson Rd._
(Address)

_Grand Junction, CO. 81505_
(City, State, and Zip Code)

_970-254-7510_
(Phone Number)

ACCEPTABLE CERTIFICATIONS: Financial institution's official seal or stamp (such as corporate seal, signature guaranteed stamp, or medallion stamp).

[Notary certification is NOT acceptable.]

THE SIGNATURE(S) ON THIS ASSIGNMENT SEPARATE FROM CERTIFICATE MUST CORRESPOND WITH THE NAME(S) ON THE FACE OF THE CERTIFICATES IN EVERY PARTICULAR, WITHOUT ALTERNATION OR ENLARGEMENT, OR ANY CHANGE. THE SIGNATURE(S) OF THE ASSIGNOR(S) MUST BE GUARANTEED HEREON



## NOTICE OF TERMINATION AND ELECTION FOR ABROGATION
## (40 Stat. 411 Sections 5 and 8 et seq.)

**NOTICE:** This Instrument shall be deemed a Written Notice of **TERMINATION AND ELECTION FOR ABROGATION** in good faith pursuance and reliance upon **RESPONDENTS** duties and obligations prescribed at Sections 5 and 8 of The Trading With the Enemy Act (40 Stat. 411 Sections 5 and 8 et. Seq.).

**Claimant(s):**
:Timothy-John of the House of Stubbs
In care of: Jerri Estelle Wheatley
      701 26.5 Road, Grand Junction, Colorado 81506

REGISTERED NUMBER
RB 808814507 US

**Respondent(s):**

Jacob Lew, in his private capacity,
stylized as the "Collector of Customs"; per 40 Stat 411
Department of the Treasury
1500 Pennsylvania Avenue NW---Annex
Washington, D.C. 20220

REGISTERED NUMBER
RB 808814541 US

Loretta Lynch, in her private capacity,
stylized as the "Alien Property Custodian"; per 40 stat 411
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington D.C. 20530-0001

REGISTERED NUMBER
RB 808814572 US

Rosa Gumataotao Rios, in her private capacity,
stylized as Office of the Treasurer of the United States
1500 Pennsylvania Avenue, NW Room 2134
Washington, DC 20220

REGISTERED NUMBER
RB 586543985 US

### ONE SET OF ORIGINAL DOCUMENTS AS SPECIAL DEPOSIT TO UNITED STATES TREASURER, ONE SET AS SPECIAL DEPOSIT TO House of Stubbs

## This Notice is to inform, authorize and instruct respondents, in their private capacities of the following:

1). I, the undersigned ("Claimant"), in good faith, declare and affirm having first hand

knowledge of the facts stated herein and am competent to testify as to such;

2). That there exists a contract ("Contract") between TIMOTHY JOHN STUBBS ("Enemy") and THE STATE OF INDIANA a municipal corporation admitted into the Union of the States on December 11, 1816, duly executed on September 29, 1965 and recorded on September 29, 1965 as INDIANA State Registrar File number: 113-1965-071298 and that Claimant is the majority beneficial interest holder of said Contract;

3). That Claimant is a Private non-citizen national of The United States of America and Indiana state of the Union Citizen; not an enemy nor an ally of the enemy, NOR subject to ANY War Powers, and is entitled to the protections and immunities of that of an American Citizen in good faith pursuance and reliance upon the natural and inherent rights as stated at 15 Stat. 249 and 40 Stat. 411 (incorporated herein as if fully restated by this reference)

4) That Claimant hereby Notices and Demands the Alien Property Custodian(s) of Claimant's Election to Abrogate and Terminate the Contract in good faith pursuance and reliance upon the Alien Property Custodian's duties and obligations prescribed at 40 Stat. 411, Section 8(a)(b)(c);

5) That Claimant hereby pledges, assigns, transfers, conveys and delivers the above referenced property (Contract) and all interest in reversion therein to and for the account of the United States in good faith pursuance and reliance upon 40 Stat. 411 Section 5(2), and shall to the extent thereof be a full acquittance and discharge for all purposes of the above referenced Contract and neither Claimant nor Enemy shall be held liable in any court for, or in respect to anything done or omitted in connection with administration of the above referenced property in good faith pursuance and reliance upon the Respondent's duties and obligations prescribed at 40 Stat. 411 Section 5(2) and 48 Stat.1 and 112

6) That this Notice shall have the same force and effect as if duly served or made upon the enemy or ally of enemy personally in good faith pursuance and reliance upon Section 8(a) of 40 Stat. 411;



Upon completion of these instructions, as authorized in this Notice, Claimant requests that a written notice of completion is sent to the address referenced at the beginning of this document. This Notice is self-executing; Respondents have seventy-two (72) hours to repudiate and/or decline to perform the above-listed instructions and actions, in good faith pursuance of your duties and obligations as prescribed by the above-referenced acts, or your silence shall denote acceptance of the terms and conditions listed herein.

IN WITNESS whereof with solemn oath in immutable testimony I have hereunto, executed under my hand and seal with express intent, special purpose, freewill act and deed, the Sixteenth Day of the Eighth month in the year of our Father the Creator Two Thousand Fifteen and in the name of the Lord Jesus and on behalf of the House of Stubbs.



Stamp Duty Paid per Section 101, Schedule B; Excise Tax Act of July 1, 1862
>>>>>>>>>>>>>





*All Rights Reserved Without Prejudice*

By:_____ (Declarant) Seal
:Timothy-John in the name of Lord Jesus and on behalf of the House of Stubbs

Verification (Matthew 18:16 / Deuteronomy 19:15):



# DECLARATION OF TREATY OF PEACE

**August 14, 2015**

**:Timothy-John of the House of Stubbs**

Declarant,

**UNITED NATIONS, HOLY SEE, CROWN,**

**UNITED STATES, STATE OF COLORADO,** (dwell)

Officers, employees, successors, political subdivisions, municipalities, agents & assigns thereof,
Respondent(s)

**KNOW BY ALL THESE PRESENT**, that :Timothy-John of the House of Stubbs, the sole

BENEFICIARY of the legal stylized as TIMOTHY JOHN STUBBS (hereinafter-"Declarant"), with

solemn oath, in good faith, with clean hands by virtue of Articles 2, 31, 38 and 40 of General

Orders No. 100 enacted April 24th 1863 (hereinafter-"General Orders No. 100") (Incorporated

herein as if fully re-stated by this reference), hereby declares by solemn oath Act and Deed the

following:

**WHEREAS,** DECLARANT, one of the people on the land of Colorado state of the Union,

consistent with the principles of the organic Constitution of the united States of America and

state of Colorado (both incorporated herein as if fully re-stated by this reference), by virtue of

Acts of Admission of 1876; the republican form of government which each state of the Union

stands and hereby acknowledges and accepts all Oaths of Office of ALL officers of said

government to faithfully perform and discharge your duties of public trust as administrators

of the usufructuary in good faith pursuance and reliance upon the duties and restrictions

placed on them, whether jointly and/or severally, as set forth in Articles 2, 31, 38 and 40 of

General Orders No. 100, Articles 43, 55 and 56 of the Convention (IV) respecting the Laws and

Customs of War on Land and its annex: Regulations concerning the Laws and Customs of War on Land and The Hague, 18 October 1907 (hereinafter- "Hague") (Incorporated herein as if fully re-stated by this reference) to prevent any trespass upon DECLARANT, one of the people of Indiana state of the Union;

**WHEREAS**, DECLARANT recognizes it is a necessity to the maintenance of public peace that this Treaty of Peace is established in order for martial law to cease. Declarant hereby makes "special mention of" Article 2 of General Order No. 100, in good faith pursuance and reliance upon said Article;

**WHEREAS** it is the wish and desire of Declarant, in order to insure the restoration and maintenance of public order and safety, in good faith pursuance and reliance upon Article 43 of Hague to hereby, promptly and finally declare a Treaty of Peace with the "HOLY SEE, CROWN, UNITED STATES, UNITED STATES OF AMERICA" and all states, concerning Franklin Delano Roosevelt's Declaration of War on the American People under the Authority of the Trading with the Enemy Act of October 6, 1917 (Incorporated herein as if fully restated by this reference), commonly known as the Emergency Banking Act of March 9, 1933, and any and all other Declaration(s) of War so duly recorded and ratified for the record, by virtue of the above-stated Article of General Orders No. 100;

> Matt 5:9—Blessed are the peacemakers; for they shall be called the children of God.
> Rom 12:18—If it be possible, as much as lieth in you, live peaceably with all men.
> Heb 12:14-Follow peace with all men, and holiness, without which no man shall see the Lord;

**WHEREAS**, Declarant understands that all wars and militarism make us less safe rather than protect us, that they kill, injure and traumatize adults, children and infants, severely damage

27

the natural environment, erode civil liberties, and drain our economies, siphoning resources from life-affirming activities. And further Declarant, as an inhabitant of the territory occupied, in accordance with the self-evident truth, as set forth in the Declaration of Independence of 1776 (attached and incorporated herein as if fully re-stated by this reference) formally declares that Declarant shall not make war of any kind against any state and shall only engage in peaceful pursuits to produce a peaceful end and hereby formally extends assistance to all states in pursuance of the same;

**WHEREAS,** this Declaration of Treaty of Peace shall be effective from the date of execution of this Declaration nunc pro tunc to September 22, 1965 C.E.;

**WHEREAS,** upon receipt of this Declaration by Respondent(s), Declarant shall be entitled to the protections of persons and property accorded to him as a peaceful inhabitant on the land of the Colorado state of the Union, by virtue of Articles 32, 34, 36, 38 and 40 of General Orders No. 100; and Book 1 Article 192 & 196 and Book 2 Articles 104, 105, 107, 108, & 109 of the Law of Nations (attached and incorporated herein as if fully re-stated by this reference)

**WHEREAS,** It shall be the duty of the Commander of the occupying Army (and/or his agents) (UNITED STATES), to abolish the extension of power of martial law and inherent to the occupation against the legal person stylized as TIMOTHY JOHN STUBBS, and must discharge said duty in accordance with this Treaty of Peace in good faith pursuance and reliance upon Articles 2, 38 and 40 of General Orders No. 100;

**LET IT BE KNOWN,** that Declarant gives actual and constructive notice to ANY and ALL officers of this government, of his positive pledge of good faith regarding any and all

agreements entered into during the war, or supposed by the modern law of war to exist, and that ANY declaration, instruction, opinion, order, or decision of any officers of this government, which denies, restricts, impairs, or questions Declarant's Treaty of Peace, or denies the support, maintenance, education and medical care of Declarant, has been declared and shall be inconsistent with the fundamental principles of the usufruct as set forth in Articles 43 and 55 of Hague;

**LET IT BE FURTHER KNOWN,** that in support of this Declarant, with a firm and true reliance on the protection of Divine Providence, Declarant positively pledges in good faith, his life, fortune and sacred honor and accepts the same from all of his brothers and sisters of the Kingdom of the Prince of Peace. A true and certified copy thereof, shall be valid as an Authentic Act Before the Whole World and any Realm, under indemnity agreement, voluntary oath and employment, executed by each and every government officer, employee, agent or assigns as payment for services promised.

IN WITNESS whereof with solemn oath in immutable testimony I have hereunto, executed under my hand and seal with express intent, special purpose, freewill act and deed, the Sixteenth Day of the Eighth month in the year of our Father the Creator Two Thousand Fifteen and in the name of the Lord Jesus and on behalf of the House of Stubbs.



Stamp Duty Paid per Section
101, Schedule B; Excise Tax
Act of July 1, 1862
>>>>>>>>>>>>>





*All Rights Reserved Without Prejudice*

By:_____(Declarant) *Seal*
:Timothy-John *in the name of Lord Jesus and on behalf of the House of Stubbs*

Verification (Matthew 18:16 / Deuteronomy 19:15):

_____     _____



29

# DECLARATION OF EXPATRIATION
(by virtue of "An Act concerning the rights of American Citizens in Foreign States," enacted by the Senate and House of Representatives of the United States of America in Congress assembled, July 27, 1868.)

August 16, 2015

:Timothy-John of the House of Stubbs,
Declarant,

UNITED STATES,

STATE OF COLORADO,

STATE OF INDIANA,

Officers, employees, successors, political subdivisions, municipalities, agents and assigns thereof,
Respondent(s)

KNOW ALL BY THESE PRESENTS, that :Timothy-John of the House of Stubbs (hereinafter- "Declarant"), in good faith, with clean hands by virtue of "An Act concerning the rights of American Citizens in Foreign States," enacted by the Senate and House of Representatives of the United States of America in Congress assembled, July 27, 1868 (See annex and incorporated herein by this reference), hereby declares and affirms the following:

WHEREAS, DECLARANT, one of the people on the land of Indiana state of the Union, consistent with the principles of the organic Constitution of the united States of America and state of Colorado (both the original constitution of the united States of America and the organic Constitution of Colorado incorporated herein as if fully re-stated by this reference), by virtue of Acts of Admission of August 01, 1876; the republican form of government which each state of the Union stands and hereby acknowledges and accepts all Oaths of Office of ALL officers of said government to faithfully perform and discharge your duties of public trust as administrators of the usufructuary in good faith pursuance and reliance upon the duties and restrictions placed on them, whether jointly and/or severally, to prevent any trespass upon Declarant, one of the people of Colorado state;

WHEREAS, Declarant recognizes it is a necessity to the maintenance of public peace, that ANY claims of foreign allegiance should be promptly and finally disavowed;

WHEREAS, It is the wish and desire of Declarant, in order to insure the maintenance of public peace, to hereby, promptly and finally disavow ANY and ALL allegiance to the foreign government, federal corporation stylized as the "UNITED STATES" and the "U.S. citizenship" created by the Fourteenth Amendment of the Constitution of the United States and expatriate from said foreign government, by virtue of the above- stated Act;

**WHEREAS**, the above-stated expatriation of Declarant shall be effective from the date of execution of this Declaration, nunc pro tunc to September 22, 1965, C.E.;

**WHEREAS**, upon receipt of this Declaration by Respondent(s), Declarant shall be entitled to the protections of persons and property accorded to a native-born citizen on the land of Indiana state, by virtue of the Acts of Admission of December 11, 1816 on the same equal footing as the original thirteen Colonies of the united States of America and the republican form of government which each state of the Union stands;

**WHEREAS**, It shall be the duty of the President, and all under his authority, to immediately demand the release of Declarant, held by ANY foreign government, in violation of the rights of American Citizenship.

**LET IT BE KNOWN,** that Declarant gives actual and constructive notice to ANY and ALL officers of this government, that ANY declaration, instruction, opinion, order, or decision of any officers of this government, which denies, restricts, impairs, or questions Declarant's right of expatriation, has been declared and shall be inconsistent with the fundamental principles of this government;

**LET IT BE FURTHER KNOWN,** that this Declaration and true and certified copies thereof, shall be valid as an Authentic Act Before the Whole World and any Realm, under indemnity agreement, voluntary oath and employment, executed by each and every government officer, employee, agent, or assigns as payment for services promised.

IN WITNESS whereof with solemn oath in immutable testimony I have hereunto, executed under my hand and seal with express intent, special purpose, freewill act and deed, the Sixteenth Day of the Eighth month in the year of our Father the Creator Two Thousand Fifteen and in the name of the Lord Jesus and on behalf of the House of Stubbs.

Stamp Duty Paid per Section 101, Schedule B; Excise Tax Act of July 1, 1862
>>>>>>>>>>>>>>





*All Rights Reserved Without Prejudice*

By:_____ (Declarant) *Seal*
:Timothy-John in the name of Lord Jesus and on behalf of the House of Stubbs

Verification (Matthew 18:16 / Deuteronomy 19:15):

31

# NOTICE OF CLAIM OF LIEN

August 16, 2015

### :Timothy-John of the House of Stubbs

Lien Claimant,

## TIMOTHY JOHN STUBBS

Commercial Vessel

Notice is hereby given that HOUSE OF STUBBS claims a lien upon the commercial vessel bearing the registration: TIMOTHY JOHN STUBBS, numbered: 113-1965-071298 recorded at INDIANA STATE DEPARTMENT OF HEALTH on September 29, 1965.

This Maritime Lien is placed for, and on account of work done or material or other articles furnished for the said vessel including, but not limited to the following:

(1.) the building, repairing, fitting, furnishing or equipping of such vessel,

(2.) for such provisions and stores, furnished, as are fit and proper for the use of such vessel, (3.) wharfing and the expense of keeping such vessel in port, and for the expense of employing persons to watch him,

(4.) for loading or unloading such vessel, and

(5.) for the advances made to procure necessities therefor, and for the insurance thereof,

(6.) for towing or piloting said vessel, for the insurance or premium of insurance of or on such vessel and his freight.

The name of the owner or reputed owner, is THE UNITED STATES; that the said labor, skill and materials were expended, or storage furnished upon the said vessel between the 22nd day of September, 1965, and the 16th day of August, 2015 and the rendition of the labor, skill and materials so expended, or storage furnished by the claimant above named was completed on the 16th day of August, 2015; that 30 days have not elapsed since that time; that the amount claimant demands for said labor, skill and materials so expended, or storage furnished, is $500,000,000.00 lawful money; that no part thereof has been paid, and that there is now due and remaining unpaid thereon, after deducting all just credits and offsets, the sum of $500,000,000.00, in lawful money, in which amount he claims a lien upon said vessel.

I, the undersigned, in good faith, declare and affirm that I am the authorized agent for the Claimant named in the foregoing claim; that I have heard the same read, and know the contents thereof, and believe the same to be true and that the owner(s) and/or reputed owners have been noticed concurrently with the filing of this Claim of Lien in accordance with all applicable sections of the Indiana Code with regard to Notices of Liens. (See "Declaration of Mailing" incorporated and attached herein by this reference.)

IN WITNESS whereof with solemn oath in immutable testimony I have hereunto, executed under my hand and seal with express intent, special purpose, freewill act and deed, the Sixteenth Day of the Eighth month in the year of our Father the Creator Two Thousand Fifteen and in the name of the Lord Jesus and on behalf of the House of Stubbs.

Stamp Duty Paid per Section 101, Schedule B; Excise Tax Act of July 1, 1862
>>>>>>>>>>>>>





*All Rights Reserved Without Prejudice*

By:_____(Declarant) *Seal*
    :Timothy-John in the name of Lord-Jesus and on behalf of the House of Stubbs

Verification (Matthew 18:16 / Deuteronomy 19:15):



33

# RESCISSION OF SIGNATURES OF SURETY

August 16, 2015

:Timothy-John of the House of Stubbs

Declarant,

**UNITED STATES,**

**STATE OF COLORADO,**

**STATE OF INDIANA,**

Officers, employees, agents, political subdivisions municipalities, successors and assigns,

Respondent(s)

I, :**Timothy-John of the House of Stubbs**, hereby rescind and revoke *Nunc Pro Tunc Ab Initio* every signature of surety, **public and private**, ever provided by Affiant on behalf of Indiana artificial person/state agency/statutory Public U.S. citizen "TIMOTHY JOHN STUBBS," created on September 29, 1965;

This **Rescission of Signatures of Surety**—*Nunc Pro Tunc Ab Initio* extends to every **public** government contract be it federal, state, county and/or city. This rescission, revocation, cancellation, annulment, and extinguishment of **public** signatures of surety includes, but is not limited to: the initial application for a social security number/taxpayer identification number; every individual and/or corporate tax return ever filed, be it federal, state, county and/or city; every application for a marriage license as well as every marriage license; every court document ever signed in any legal action, civil and/or criminal; the initial application for selective service in the Armed Forces of the United States; every application for an individual driver's license, federal and/or state, as well as every driver's license, federal and/or state; every application for a United States passport as well as every issued United States passport; every application for voter registration as well as every voter registration card; and every other **public** government contract, known and unknown, evidencing a **signature of surety**, every signature now being a **signature of agency** *Nunc Pro Tunc Ab Initio*;



34