



# Ordinance

In conformity with the requirements of an Act of the Congress of the United States, entitled "An Act to enable the People of Colorado to form a Constitution and State Government, and for the admission of said State into the Union on an equal footing with the original States", approved March 3rd A.D. 1875, on behalf and by the authority of the People of the Territory of Colorado, this Convention assembled in pursuance of said Enabling Act at the City of Denver, the capital of said Territory, on the twentieth day of December A.D. 1875, does ordain and declare:

**First** — That perfect toleration of religious sentiment shall be secured, and no inhabitant of said State shall ever be molested in person or property, on account of his or her mode of religious worship.

**Second** — That the people inhabiting the Territory of Colorado, by their representatives in said convention assembled, do agree and declare that they forever disclaim all right and title to the unappropriated public lands lying within said Territory, and that the same shall be and remain at the sole and entire disposal of the United States; that the lands belonging to citizens of the United States residing without said State, shall never be taxed higher than the lands belonging to residents thereof; and that no taxes shall be imposed by the State on lands or property therein belonging to, or which may hereafter be purchased by the United States.

**Third** — That this Ordinance shall be irrevocable without the consent of the United States and the people of the State of Colorado.

I hereby certify that the foregoing is a true copy of an Ordinance adopted on the 3rd day of February A.D. 1876 by the Constitutional Convention of Colorado, as the same is now of record in the Journal thereof for the day above mentioned.

J. Wilson
President

Attest

W. W. Coulson   Secretary
Herbert Stanley   1st Assistant Secretary
H. A. [illegible]   2nd Assistant Secretary





# Election Ordinance

In conformity with the requirements of an act of the Congress of the United States, entitled "An Act to enable the People of Colorado to form a Constitution and State Government, and for the admission of said State into the Union on an equal footing with the Original States" approved March 3rd A.D. 1875, on behalf and by the authority of the People of the Territory of Colorado, this Convention assembled in pursuance of said enabling act at the City of Denver, the Capital of said Territory, on the twentieth day of December, A.D. 1875, does Ordain and Declare.

First. — That an Election shall be held throughout the Territory of Colorado, on the first day of July, in the Year Eighteen hundred and seventy six, for the ratification or rejection of the Constitution framed and adopted by this Convention.

Second. — At said Election the Constitution framed and adopted by this Convention shall be submitted to the People of the Territory for their ratification or rejection, and all persons who are then qualified Electors under the Laws of the Territory, shall be qualified to vote upon the ratification or rejection thereof.

Third. — Said Election shall be held at the several places in the several Wards and Precincts throughout the Territory, appointed for the holding of Elections under the Laws of the



## Election Ordinance

In conformity with the requirements of an act of the Congress of the United States, entitled "An Act to enable the People of Colorado to form a Constitution and State Government, and for the Admission of said State into the Union on an equal footing with the Original States" approved March 3rd A.D. 1875, on behalf and by the authority of the People of the Territory of Colorado, this Convention assembled in pursuance of said enabling act at the City of Denver, the Capital of said Territory, on the twentieth day of December, A.D. 1875, does Ordain and Declare.

First. — That an Election shall be held throughout the Territory of Colorado, on the first day of July, in the year Eighteen hundred and Seventy six, for the ratification or rejection of the Constitution framed and adopted by this Convention.

Second. — At said Election the Constitution framed and adopted by this Convention shall be submitted to the People of the Territory for their ratification or rejection, and all persons who are then qualified Electors under the Laws of the Territory, shall be qualified to vote upon the ratification or rejection thereof.

Third. — Said Election shall be held at the several places in the several Wards and Precincts throughout the Territory, ... for the holding of Elections under the Laws of the

Territory, and shall be conducted in the manner prescribed by the Laws of said Territory regulating Elections. The Judges of Elections, appointed under the Laws of the Territory, in each of said wards and precincts, shall act as the Judges of said Election; and vacancies in the Board of Judges of any ward or precinct shall be filled, and Clerks of Elections shall be appointed in the manner prescribed by said Laws. — Provided — That no Law requiring a Registration of Voters shall apply to said Election, (and any qualified Elector may at said Election vote at any ward or precinct in the Territory.) —

— Whenever any person shall present himself to vote at said Election, and either of the Judges shall suspect that such person is not a qualified Elector of the Territory, or if his vote shall be challenged by any Elector who has previously voted at the said Election, then before the ballot of such person shall be received, he shall take and subscribe the following Oath or Affirmation: — "You do solemnly swear (or affirm) that you are a resident of _____ County, in the Territory of Colorado; that you have resided in this Territory six months immediately preceding this Election; that you have to the best of your knowledge and belief attained the age of twenty one years, and have not voted at this Election."

— Fourth — Each Elector voting at said Election shall deposit in the Ballot box, a ticket, whereon shall be printed or

"Against the Constitution" or other equivalent words.

Fifth. — The Acting Governor of the Territory, shall within thirty days after the adjournment of this Convention, issue his Proclamation for said Election, to be held in conformity with the provisions of this Ordinance; and the Secretary of the Territory, shall, on or before the Fifteenth day of May, A.D. 1876, make out and transmit to the Sheriff of each county a notice in writing of said Election, together with a copy of this Ordinance.

Sixth. — The votes cast at said Election for the adoption or rejection of the Constitution, shall be canvassed in the manner prescribed by the Laws of the Territory of Colorado, for canvassing the votes of General Elections; and the returns of said Election shall be made to the Acting Governor of the Territory, who, with the Chief Justice and the United States Attorney of said Territory, or any two of them, shall canvass the same, and if a majority of the legal votes cast, shall be for the Constitution, the Acting Governor shall certify the same to the President of the United States, together with a copy of said Constitution and the Ordinances adopted by this Convention.

I hereby certify that the foregoing is a true copy of an Ordinance adopted on the tenth day of March, A.D. 1876 by the Constitutional Convention of Colorado as the same is now of record in the journal thereof, for the day above mentioned.

