# SOCIAL SECURITY ADMINISTRATION
## Application for a Social Security Card

Form Approved OMB No. 0960-0066

**1. NAME**
- TO BE SHOWN ON CARD: First: TIMOTHY | Full Middle Name: JOHN | Last: STUBBS
- FULL NAME AT BIRTH IF OTHER THAN ABOVE: First | Full Middle Name | Last
- OTHER NAMES USED:

**2. Social Security number previously assigned to the person listed in item 1:** 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

**3. PLACE OF BIRTH** (Do Not Abbreviate): City: South bend | State or Foreign Country: union of the states
Office Use Only FCI:

**4. DATE OF BIRTH:** 09/22/1965

**5. CITIZENSHIP** (Check One):
- [ ] U.S. Citizen
- [ ] Legal Alien Allowed To Work
- [ ] Legal Alien Not Allowed To Work (See Instructions On Page 3)
- [X] Other (See Instructions On Page 3) 8 USC 1408

**6. ETHNICITY** Are You Hispanic or Latino? (Your Response is Voluntary)
- [ ] Yes  [ ] No

**7. RACE** Select One or More (Your Response is Voluntary)
- [ ] Native Hawaiian
- [ ] Alaska Native
- [ ] Asian
- [ ] American Indian
- [ ] Black/African American
- [ ] Other Pacific Islander
- [ ] White

**8. SEX:** [X] Male  [ ] Female

**9.**
- A. PARENT/MOTHER'S NAME AT HER BIRTH: First: NANCY | Full Middle Name: BARBARA | Last: BUZZARD
- B. PARENT/MOTHER'S SOCIAL SECURITY NUMBER: 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  [ ] Unknown

**10.**
- A. PARENT/FATHER'S NAME: First: WILLES | Full Middle Name: EDWARD | Last: STUBBS
- B. PARENT/FATHER'S SOCIAL SECURITY NUMBER: 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  [ ] Unknown

**11.** Has the person listed in item 1 or anyone acting on his/her behalf ever filed for or received a Social Security number card before?
- [X] Yes  [ ] No  [ ] Don't Know

**12.** Name shown on the most recent Social Security card issued for the person listed in item 1: First: TIMOTHY | Full Middle Name: JOHN | Last: STUBBS

**13.** Enter any different date of birth if used on an earlier application for a card: MM/DD/YYYY

**14. TODAY'S DATE:** 09/04/2015

**15. DAYTIME PHONE NUMBER:** 970 683-8539

**16. MAILING ADDRESS** (Do Not Abbreviate): Street Address: c/o TSS TRUST PO BOX 1581 | City: grand junction | State/Foreign Country: colorado | ZIP Code:

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best to my knowledge.

**17. YOUR SIGNATURE:** Timothy John

**18. YOUR RELATIONSHIP TO THE PERSON IN ITEM 1 IS:**
- [ ] Self
- [ ] Natural Or Adoptive Parent
- [ ] Legal Guardian
- [X] Other Specify: estate holder

DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)

| NPN | DOC | NTI | CAN | ITV |
|---|---|---|---|---|
| PBC | EVI | EVA | EVC | PRA | NWR | DNR | UNIT |

EVIDENCE SUBMITTED:

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW

DATE

DCL                DATE

Form SS-5 (08-2011) ef (08-2011)   Destroy Prior Editions   Page 5

## Social Security Administration
**Important Information**

Social Security Administration
SOCIAL SECURITY
825 NORTH CREST DRIVE
GRAND JUNCTION, CO 81506-8692
Date: September 4, 2015

TIMOTHY JOHN STUBBS
PO BOX 1581
GRAND JUNCTION, CO 81502

This is a receipt to show that you applied for a Social Security card on September 4, 2015. You should have your card in about 2 weeks. Any document(s) you have submitted are being returned to you with this receipt.

If you do not receive your Social Security card within 2 weeks, please let us know. You may call, write or visit any Social Security office. If you visit an office, please bring this receipt with you. To protect your privacy, we will not disclose a Social Security number over the telephone.

The Social Security Administration is required by law to limit replacement Social Security cards to three per year and ten per lifetime. Do not carry your Social Security card with you. Keep it in a safe location, not in your wallet.

*[signature]*

Field Office Manager