Case no 13-cr-00439-CMA

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2015 SEP 14 PM 3:55
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

Delivered for docket last 9/8/15 but pages 2-9 did not get entered, only page 1 was. Please add in it's entirety as needed.

Tim Stubbs

▢▢▢▢

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF COLORADO**

CASE NO. 13-cr-00439-CMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>TIMOTHY J. STUBBS<br><br>Defendant | NOTICE OF FILING UNDER SPECIAL RESTRICED APPEARANCE<br><br>BY THIRD PARTY INTEREST INTERVENOR<br><br>NOTICE OF ADJUDICATIVE FACTS REQUIRING MANDATORY JUDICIAL NOTICE IN PURSUANCE OF FEDERAL RULES OF EVIDENCE 201(b and c), and the First Amendment to the Constitution of The United States of America, NOTICE REQUIRING SPECIFIC DENIAL AND REBUTTAL WITH FACTUAL EVIDENCE IN PURSUANCE TO FEDERAL RULES OF PROCEDURE, RULE 8(d). |

COMES NOW, :Timothy-John of the House of Stubbs., a private state Citizen / American non-citizen national" 8 USC 1101(a)(21), with an Notice Entry of Special Restricted Appearance, de bene esse, as a third party of interest intervenor on this court of record on and for the public record, a real flesh and blood man of the age of majority, by Special Restricted Attendance, :Timothy-John of the House of Stubbs.

▢ PAGE ▢1▢

☐☐☐☐

accepts the oaths of office sworn by the magistrate / judge and the officers of the court as public servants and pursuant to the unalienable rights secured in the Constitution of the United States of America, and state Constitution including the Bill of Rights and sets forth this to be read and is required to be acted upon,

**NOTICE IS HEREBY GIVEN that** :Timothy-John of the House of Stubbs., does hereby present to this court Notice of Adjudicative facts Requiring Mandatory Judicial Notice, which requires specific denial or rebuttal by the Government under Federal Rule of Civil Procedure, 8(d), seeking redress through the First Amendment of the Constitution of The United States of America, and in support declares as follows:

**NOTICE IS HEREBY GIVEN that**, :Timothy-John of the House of Stubbs., under the protected right of self-determination, has presented evidence of his true status, which stands unrebutted, by the filing of Public Notice with the Library of Congress under LCCN: 2015948437 Number, setting forth adjudicative facts which require this Honorable Court take Mandatory Judicial Notice in pursuance with FRP Rule 201(c)(2). Permanently annexed hereto for judicial notice is :The Treaty of the House of Stubbs., **Evidence 1,** Bill of Ladings, **Evidence 2,** Constitution of the State of Colorado, **Evidence 3**, and Public Law 2, Stat. 153, **Evidence 4,** and SS-5 Application for a Social Security Card, **Evidence 5** as though fully contained herein.

▢▢▢▢

1. **NOTICE IS HEREBY GIVEN that,** The adjudicative facts set forth by record of factual first hand testimony, established by :Timothy-John of the House of Stubbs., is a protected right of self-determination under the ***International Covenant on Civil and Political Rights*** ("ICCPR"), Article 1, paragraph 1, which states:

    > *All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.*

2. **NOTICE IS HEREBY GIVEN that** :Timothy-John of the House of Stubbs. demands mandatory judicial notice of International Law cited above in pursuance with Federal Rules of Criminal Procedure 26.1

3. **NOTICE IS HEREBY GIVEN that** this Court may not continue until jurisdiction is proven, without the use of the presumptions herein denied by :Timothy-John of the House of Stubbs., and may not presume or declare the status of :Timothy-John of the House of Stubbs as set forth in *Fogel v. United States, 2001 WL 306496 (S.D.Cal.)*.

4. **NOTICE IS HEREBY GIVEN that,** this Court, under Federal Rules of Evidence, 8(d), must require the Government to respond with specific denials and provide evidence to rebut the record made by :Timothy-John of the House of Stubbs. Otherwise, the failure to rebut and present the evidence and adjudicative facts outlined herein demonstrates the lack of subject matter jurisdiction of this Court.

5. **NOTICE IS HEREBY GIVEN that,** This Court must construe this Notice so as to do justice as required by Federal Rules of Procedure Rule 8(e).

▢ PAGE ▢3▢

☐☐☐☐

**NOTICE IS HEREBY GIVEN that,** This Court, in order to overcome this Notice and challenge to jurisdiction, must specifically mandate the Government provide evidence that :Timothy-John of the House of Stubbs. has complied with the requirements of becoming a US Citizen as set forth by Public Law 2, Stat. 153. Failure to establish that :Timothy-John of the House of Stubbs. has renounced his "private" state Citizen / non-citizen national status, as a requirement of 2 Stat. 153, demonstrates lack of jurisdiction. *The United States government is a foreign corporation with respect to a state. N.Y. re: Merriam, 36 N.E. 505, 141 N.Y. 479, Affirmed 16 S.Ct. 1973, 41 L.Ed. 287]*

**NOTICE IS HEREBY GIVEN that,** :Timothy-John of the House of Stubbs has corrected his status with the Social Security Administration to American non-citizen national and is not a US Citizen, see **Evidence 5**, Form SS-5, Application for Social Security Card, and this has been received and accepted by Social Security Administration. See [8 U.S.C. §1408]

**NOTICE IS HEREBY GIVEN that,** The act of either remaining a "U.S. citizen" or becoming one is a voluntary, **revocable** act according to the U.S. Supreme Court in the case of **United States v. Cruikshank,** ☐ HYPERLINK "http://caselaw.lp.findlaw.com/scripts/getcase.pl?navby=case&court=us&vol=92&page=542" ☐92 U.S. 542☐ (1875). Citizenship is a product of **intent** and location *("locus")*, and much like *mens rea,* becoming a "U.S. citizen" must be established by facts proving intent. See [8 U.S.C. §1401].

☐ PAGE ☐4☐

☐☐☐☐

**NOTICE IS HEREBY GIVEN that,** deny compliance with the requirements to become "U.S. Citizen(s)" as set forth in **Public Law 2 stat. 153**, while it has always been his intent to be private state Citizen, "national(s)" defined by [8 U.S.C. §1101(a)(21)], also known as American non-citizen national(s).

**NOTICE IS HEREBY GIVEN that,** :Timothy-John of the House of Stubbs., for the purpose of rebutting any presumption of his being a U.S. Citizen (See *Cruikshank, supra*), there is no evidence of his compliance with 2 Stat. 153 exists, and cannot be proven; as such, he has always remained a private state Citizen and non-citizen national of The United States of America, retaining all Unalienable Rights. Regardless. :Timothy-John of the House of Stubbs is aware of the possibility that he may be "deported" from federal jurisdiction, wherein he has been presumed to reside, upon the acknowledgement by this Court of the adjudicative facts, and hereby provides Notice to this court of the requirements of repatriation under the Foreign Affairs Manual, 750. The Law requires :Timothy-John of the House of Stubbs. be returned to the de jure republic of Colorado, with republican form of government guaranteed, and permanent removal from federal jurisdiction. :Timothy-John of the House of Stubbs has provided Notice of End of Voyage to rebut the presumption that he is at sea or falls within Admiralty Jurisdiction or the jurisdiction of territorial courts. Regardless, as an abundance of caution, :Timothy-John of the House of Stubbs., has given Notice of Lawful Expatriation,

previously mailed under Registered Mail number RB 808 814 833 US to Judge Christine M. Arguello, and respectfully demands repatriation to the republic of Colorado.

**NOTICE IS HEREBY GIVEN that,** :Timothy-John of the House of Stubbs. has provided factual evidence and first hand testimony which stands as undeniable and indisputable as the essential prerequisite to requiring judicial notice of these adjudicative facts.

**NOTICE IS HEREBY GIVEN that,** It is very highly unlikely that the Government can produce any factual evidence that :Timothy-John of the House of Stubbs knowingly waived his Unalienable Rights and renounced his private "state" Citizens / non-citizen national Colorado state of the Union; without this proof, the Court cannot proceed.

Federal Rule of Evidence 201 states in pertinent part:

Rule 201. Judicial Notice of Adjudicative Facts

**(a) Scope.** This rule governs judicial notice of an adjudicative fact only, not a legislative fact.

**(b) Kinds of Facts That May Be Judicially Noticed.** The court may judicially notice a fact that is not subject to reasonable dispute because it:

    **(1)** is generally known within the trial court's territorial jurisdiction; or

    **(2)** <u>can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.</u>

**(c) Taking Notice.** The court:

    **(1)** may take judicial notice on its own; or

☐☐☐☐

(2) **must take judicial notice if a party requests it** and the court is supplied with the necessary information.

**(d) Timing.** The court may take judicial notice at **any stage** of the proceeding.

**(e) Opportunity to Be Heard.** On timely request, **a party is entitled to be heard on the propriety of taking judicial notice** and the nature of the fact to be noticed. If the court takes judicial notice before notifying a party, the party, on request, is still entitled to be heard.

**(f) Instructing the Jury.** In a civil case, the court must instruct the jury to accept the noticed fact as conclusive. In a criminal case, the court must instruct the jury that it may or may not accept the noticed fact as conclusive. **[emphasis added]**

**NOTICE IS HEREBY GIVEN that,** :Timothy-John of the House of Stubbs. hereby demands this Court take mandatory judicial notice of the undisputed, undeniable facts set forth in the permanently annexed Evidence 1, Evidence 2, Evidence 3, Evidence 4 and Evidence 5 and comply with the necessary redress of :Timothy-John of the House of Stubbs. to include abatement of all claims set forth in this action and the permanent discharging of all alleged duties and obligations of :Timothy-John of the House of Stubbs., relating to case 13-CR-00439-CMA or any alpha-numeric derivatives derived from the aforementioned case

      I :Timothy-John of the House of Stubbs, **private "state" Citizen / non-citizen national a man made in God's image and endowed by our Creator with all unalienable Rights and arguably a Constitutionally protected man with full bill of rights.**

      **Further sayeth naught.**

Dated: September _9_, 2015

All Rights Reserved Without Prejudice

By: _[signature]_

☐ PAGE ☐7☐

☐☐☐☐

:Timothy-John of the House of Stubbs
de bene esse
General Delivery grand junction, mesa county
(970) 683-8539   stubbstim@msn.com

**CERTIFICATE OF FILING**

I certify that I filed the original with the Clerk of Court

By this method of filing:

Hand Delivery

Dated this __8__ day of September, 2015

All Rights Reserved Without Prejudice

By: _____

:Timothy-John of the House of Stubbs

Administrator

☐ PAGE ☐8☐

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served via ~~U.S. POST OFFICE first class~~ mail the foregoing *hand delivered* upon the following:

**Lori Hendrickson, Trial Attorney**

US Department of Justice, Tax Division\

601 D Street  N.W.  Room 7334

Washington, D.C. 20530

Dated this 08 day of September, 2015

All Rights Reserved Without Prejudice

By: _[signature]_

□ PAGE □9□