```
                                          FILED
                                  UNITED STATES DISTRICT COURT
                                       DENVER, COLORADO

                                        JUN 12 2017
UNITED STATES of AMERICA,
                                    JEFFREY P. COLWELL
                   Plaintiff,               CLERK

         v.                         Case #13-cr-00439-cma


TIMOTHY J. STUBBS
                Defendant
```

## Motion Seeking Continuance by Special Appearance

Whereas, Timothy-John: of House of Stubbs, a living man, appearing by Special Appearance, is seeking a ~~continuance~~ continuance of the Sentencing Hearing scheduled on July 18, 2017.

In order to exhaust administrative remedies, said request is made with bona fide intent, so as not to prejudice Defendant. An additional timeframe of 90 days is requested and believed sufficient.

Respectfully submitted,

By: _Timothy-John_, Authorized representative
    Timothy-John : House of Stubbs          JUNE 08, 2017

Mailed by me personally, Timothy-John
of House of Stubbs, from FDC Littleton, 6/8/2017

Timothy-John