TRULINCS 67873379 - STUBBS, TIMOTHY JOHN - Unit: ENG-J-B

---

FROM: 67873379
TO:
SUBJECT: Reply to Government's Sentencing Memorandum
DATE: 10/04/2017 06:22:55 PM

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Case # 13.CR-439-CMA

UNITED STATES GOVERNMENT

vs.

TIMOTHY J. STUBBS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 11 2017

JEFFREY P. COLWELL
CLERK

---

REPLY TO GOVERNMENT'S SENTENCING MEMORANDUM

---

Evidence at trial:

   Government asserts that NRF sold rebates to encourage consumers to buy products that are "more expensive". This is a false statement. The rebate opportunity was to encourage consumers to buy more energy efficient products or products that offered environmental benefits. NRF sent out a Survey to all consumers that received a voucher. One of the questions in the survey pertained to the price of products purchased and over 90% of consumers replied that the products were of equal or lesser price to the prices quoted by other merchants. As the survey is not available to defendant to provide, it is available to the Government as it is in the database and records that the Government seized. The survey also asked other questions such as: was the consumer fully advised of the terms and conditions prior to purchase, was the concept of "Slippage" explained to the consumer, was the consumer charged anything over the purchase price of the products for the opportunity, how important was the rebate opportunity in making their selection and more. The results of the survey were VERY positive and indicated that consumers were informed, were not charged extra, the rebate was only of average encouragement in their choice and more. Defendant believes the Government has the survey and the overwhelmingly positive response of consumers but as it is very positive towards NRF they have not provided it.

Civil actions in Colorado and Wisconsin:

   Government alleges that "NRF was a very profitable company, partly because it very rarely actually paid out rebates." This is patently false. All Funds held in escrow were used to pay consumers ONLY. NRF made no profit whatsoever from denied rebate claims.
   Further it is alleged that "victim consumers had no way of knowing that it was virtually impossible to comply with the NRF rebate rules." "Slippage", the fact that many people will not claim or claim properly a rebate (and other similar legal offerings, like coupons) was fully explained. The terms and conditions were supplied prior to purchase and said they must be followed "strictly" in at least 2 instances and all terms were clearly explained. Hundreds of thousands in rebate claims were indeed paid as promised, in full. It was not "pre-determined that he would pay only 8% of the rebates." If there were more claims than the amount in escrow then a pro-rated payment would be made and this is the FIRST paragraph of the terms. It was in the interest of NRF to have successful claims to demonstrate veracity AND NRF made no profit from denied claims.
   "The Wisconsin DOJ reports that many suffered "serious financial losses". Consumers never paid NRF a single penny. Consumers paid for and received quality home improvement products at fair market value from participating dealers. If a person does not claim a rebate or use a coupon, they have no loss. The rebate industry has been operating for many years and people are very familiar with the fact that many people never claim rebates or if they do not follow the rules they don't receive the rebate. NRF was formed and operated with the assistance of several law firms, reviewed by attorneys of over 100 dealers and not one ever reported that the program was illegal or criminal. Defendant relied on abundant legal advice.
   In 2009 the Colorado Attorney General received 627 complaints regarding NRF....." BEFORE the closing of the company in 2008, I believe the AG had received maybe 6 complaints. The governments CIVIL suits and publication of such effectively forced the closure. Defendant provided the database of voucher holders and turned over the $4.6 Million in escrow to the government for payment to the consumers. Had NRF been allowed to stay in business, the complaints would not have happened as NRF would have been open to answer calls and the Fund Administrator would have continued in her duties of paying the claims, just as they had prior to the suits. The terms of the voucher and application of them protected the consumers that filed accurate and proper claims and did not harm consumers. The Governments keeping $1.5 million of the

escrowed funds for it's benefit was a direct loss to the consumers. Had NRF been allowed to continue in it's business, the entire escrow would have been paid out to the consumers, as per the terms of the escrow.

United States Sentencing Guidelines Computation:

    An enhancement for sophisticated means is not applicable. Defendant did NOT conceal income or purchases of gold/silver, did not use shell companies or foreign banks or any especially complex or intricate methods and did not conceal the transactions. NRF had over 150 Merchants, and while being under a false belief about what was income vs. a marketing expense told ONE (1) dealer the premiums paid were not income. (most of that premium was paid into the escrow, for the consumers claims)
    An enhancement for "criminal activity" is not applicable and was NOT charged by either Colorado or Wisconsin Attorneys General. Although the Government uses the terms 'fraud', 'fraudulent' or 'defrauded' these are not accurate and are a mischaracterization, the Civil cases were for 'misleading' and 'deceptive' business practices, never rising to level of Criminal Fraud. Also, many other Attorneys General conducted investigations in which NRF was fully cooperative: Oregon, North Carolina, Utah, Washington, Minnesota, Florida and others. NONE of the other Attorneys General filed any Criminal complaints, nor even civil. There was no conduct constituting a criminal offense under federal, state, local or foreign law. None was ever alleged, charged or proven.

Defendant's flight to Costa Rica:
    Defendant did enter Costa Rica legally, the Government offers no evidence contrary. Defendant has a Costa Rican identification card (Cedula) and copy of his passport. As the 'Cedula' is required to conduct all types of activities in Costa Rica, defendant did work to renew the Cedula/Residency status. A cedula is required to renew a drivers license, exchange money at a bank, see a doctor, fill prescriptions, obtain phone or utility services, pay for health care program, identify self to authorities and much more. In the time needed to attend to his wife's health issues a cedula was needed.
    Defendant did in deed surrender himself to Costa Rican authorities on April 19th 2017, 15 days AFTER having been released by Costa Rican Immigration Police Detention following the arrest in Nuevo Arenal (where US DOJ was present). This is not a "patently false" statement as the government insists and is not a lie to the court. He had also made many other appointments and visits to Costa Rica Immigration of his own accord, fully aware that they had been informed of his status and he could be subject to arrest/deportation.

Timeline:
    Government states, "On April 19th, 2017, defendant was taken into custody by United States law enforcement and Immigration Police and was deported and put on a plane to Houston, Texas". This is a very misleading statement, it is not like the US Law enforcement came and found the defendant and arrested him, nor did Costa Rican Immigration Police. Obviously US Law enforcement could not possibly have taken him into custody (arrested) as they have no authority in Costa Rica. As he had been directed by Immigration Police upon his previous release, Defendant drove to San Jose, Costa Rica the day previous to the appointed day and the following morning went with his wife to the offices of Costa Rican Immigration Police, where he waited for about 2 hours in line. When called, he went into the back offices and at that time was informed he was being deported, he was immediately cuffed and taken to the airport and deported to Houston.

1. Spanish statement:
    Defendant is not a fluid speaker of Spanish and certainly not proficient in legalese in Spanish. He is somewhat conversant in a "street-spanish" manner. Defendant relied upon his attorney to prepare documents and signed where indicated. Providing the number of his passport is not a lie, it is an accurate number.

2. Defendant applied for residency to Costa Rica in 2008 and provided a letter from Grand Junction Police as to his background which was part of the application. All his application documents were Authenticated by the US authorities as demanded by Costa Rica regulations. The government is twisting the statement to mean it referred to 2016.

3. Again, the Spanish translations made by his attorney are what the Defendant relied on. I had explained the entire situation to the attorney and relied on his legal work and translations. Defendant does understand that the homes of his sister and mother would be used as guarantee and he gave them his gold/silver.

4.-5. Defendant did provide the sentencing document to his attorney. He was informed by his attorney that the tax offense of this type is NOT a criminal offense in Costa Rica and I relied upon his expertise as a Costa Rican attorney. The United States did not extradite the defendant.

Defendant's continued refusal to provide financial information to Probation Office:

TRULINCS 67873379 - STUBBS, TIMOTHY JOHN - Unit: ENG-J-B

---

Defendant had later submitted an updated/amended statement to this court in 2014, including the approximately $10 million in judgments. Defendant has provided updated information to Probation in the latest PSI interview. Assets in Costa Rica are a house, which has a much reduced current value and has a mortgage that has been utilized to cover living and medical expenses. Defendants assets have been spent on his defense and bond premium in this case and repaying family members.

Defendant's False Waiver of Extradition:
At the time the waiver was provided it was his full intention to never even need it. Defendant did NOT fight deportation or insist on an Extradition hearing/process and did voluntarily surrender to authorities for his deportation. (as part of Costa Rican immigration rules, airfare was pre-paid upon residency application in 2008 in the event of deportation)

TRULINCS 67873379 - STUBBS, TIMOTHY JOHN - Unit: ENG-J-B

---

FROM: 67873379
TO:
SUBJECT: Reply to Memorandum cont.
DATE: 10/04/2017 06:35:37 PM

Defendant's Tax Fraud and Flight Merits a Sentence of 88 Months in Prison:

Although defendant sent in many letters, notices, claims and other communications to the IRS, US Attorney General, Social Security Administration and recorded many documents on the public record, the Government insist these are frivolous while the Defendant has never received ANY communication or notice from any agency describing how his attempts were deemed frivolous or somehow not legally binding, leaving him with the belief they were binding and appropriate. In accord with his beliefs, he acted in good faith. He now understands he was misguided and victimized by those that offer instruction in the 'sovereign movement'. After imprisonment and house arrest, losing his freedom and liberty for already over 2 years, loss of basically all his assets he truly understands the obligations of the tax law and the law of the land. Not only will I not continue to violate tax laws, I am intent on educating the would-be followers of the 'sovereign movement' so that they do not fall prey as I have. I used to be angry with Government, now I am angry at myself and feel humiliated by allowing myself to be so completely taken by these peddlers of false information. I spent over $30,000.00 over the years in the purchase of books, cd's, templates, seminars and consulting. It is very hard to admit to myself that I have been duped as I feel I am an intelligent person. Even faced with the facts presented in an attorney's website 'de-bunking' the sovereign theories (that stand-by counsel provided to me pre-trial), my mind would keep slipping back into defense of what I had held as my own beliefs for many years. The last straw being the arrest and conviction of Winston Shrout, which I found out about only recently. My 'mentor' of many years being convicted removed the last vestiges of doubt. I will do all in my power to Prevent others from falling prey to others like him, using the 'reality' of my case and history to educate those that would otherwise be misled. I truly hope the court will allow me to do so and stipulate that this be a part of post release supervision. I also hope that the "Special Prosecutors" of the US Attorney General office will assist me, provide legitimate legal materials and interpretations so that I can properly educate the masses. A program of prevention rather than prosecution seems to be of much higher ends of justice for the public and will protect so many others from this type of harm.

Defendant denies he has encouraged others to violate the tax code, he has shared his beliefs with family and friends. Defendant denies that he hosted a 'tax defier conference', it was a trust and estate planning seminar taught mostly from the IRS manual, teaching people how to comply.

The Government states, without any evidence provided, that "it is likely that the defendant took advantage of local, state or federal resources to grow his business..." Defendant denies that he ever utilized any such resources.

Restitution

The Government requests a minimum monthly payment of $2,662.97 be ordered. Defendant is willing to make payments on restitution until it is made in full. However, an order of this sort would be unjust and force the defendant into default and future re-imprisonment. Also, a convicted felon has very limited scope of employment or business possibilities, not only due to his record, but the other numerous restrictions of probation, such as limiting types of business, credit applications, banking, etc. While defendant was on pre-trial house arrest, he was only able to obtain a minimum wage job. An order of restitution that is to be determined by a Probation Officer and based on his income seems to be appropriate and provide the defendant a just opportunity to meet the obligation.

Fine

The defendant's earning capacity is greatly reduced and his financial resources are almost exhausted, and may well be by time he is released from prison. The defendant did not have illegal gains, he earned income in a legal business, reviewed and assisted by 3 law firms and reviewed by over 100 attorneys of clients. After investigations of about 10 Attorneys General, only 2 filed CIVIL claims, none filed Criminal charges and no criminal findings were ever found by a court.

2016 US Sentencing Guidelines Manual - Chapter One

Under pre-guidelines practice, roughly half of all tax evaders were sentenced to probation without imprisonment, while the other half received sentences that required them to serve an average prison term of 12 months. This guideline is intended to reduce disparity in the sentencing for tax offenses and to somewhat increase average sentence length.

Conclusion

The enhancements of criminal activity and sophisticated means clearly do not apply, per the Guidelines definitions, at Part 4

TRULINCS 67873379 - STUBBS, TIMOTHY JOHN - Unit: ENG-J-B
------------------------------------------------------------------------------------------------

(b)(1) and 5 (b)(2) of chapter one. Of 3 points available for acceptance of responsibility at least 2 should apply. For the failure to appear for sentencing, while defendant feels avoiding a greater harm was his intent, the fact of the matter is he did indeed surrender and this should be considered and he should not lose credit of acceptance points. He does accept the 2 points for his failure, but asks for the mitigating factors to be considered. A final guideline level of 20 points should be utilized.

The defendant has been a positive influence in his communities for all his life. As a small business man he created many jobs and supported many families. He has always been the first to offer assistance to friends and family and worked as a volunteer in fundraising for Mothers Against Drunk Driving and as a coach for Grand Junction Parks and Recreation in their summer volleyball programs and Pee-Wee wrestling for many years.

Respectfully submitted,

*/s/ Timothy John Stubbs/*
TIMOTHY J. STUBBS

Certificate of Mailing
I certify that this was mailed from FDC Englewood by me personally this 04 day of October, 2017 and copies to be made to all parties via electronic system delivery.

*/s/ Timothy John/*

Tim Stubbs #67873379
Federal Correction Instutute
Englewood
9595 W. Quincy Avenue
Littleton, CO 80123

Office of the Clerk
US District Court
Alfred A. Arraj Courthouse
901 - 19th street, Room A-105
Denver, CO 80294-3589

Please Rush; for Hearing, Thur, oct 12th, 2pm

CORRECTIONAL SYSTEMS MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
5880 WEST QUINCY AVE., LITTLETON, CO., 80123

DATE/INITIALS

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.